## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

BRIAN EDWARD TAYLOR,                     )
               Plaintiff,          )
                            )
v.                                       )          Case No. 6:18-CV-01277
                            )
SHELDON SCOTT SHOWALTER and              )
LONG BAR S, INC.,                        )
               Defendants.         )

## NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW the plaintiff, by and through their counsel of record, and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby provides notice of the dismissal of this action with prejudice to its refiling.  In support of this notice, the plaintiff states that this action was filed on or about October 8, 2018 (Doc. #1), and there has been neither an answer nor a motion for summary judgment filed by the defendants.  Rather, this matter was amicably resolved by the parties during mediation.

WHEREUPON, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby provides notice of his dismissal of this action with prejudice to its refiling.

*s/Thomas B. Diehl*
Thomas B. Diehl, #23166
RALSTON, POPE & DIEHL, LLC
2913 SW Maupin Lane
Topeka, Kansas  66614
Phone:  785-273-8002
Fax:  785-273-0744
tom@ralstonpope.com
*Attorneys for the Plaintiff*